67,567-02

To Whom it may Concern:

My Case No: D-1-DC-05-201856-B (142)

My name is
Carl Edward Davis

My Case was in the Criminal Courts of Appeals when I was incarcerated, and what I'am Inquiring about is the Status on my Writ of Habeas Corpus? I would Also like for you to Put in a Change of Address to my Case? Thanks, and look forward to hearing back from you.

Sincerely
Carl Davis

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk